IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |  | |
|---|---|---|---|
| DAVID JONES, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| vs. | ) | | No. CIV-09-310-C |
| | ) | | |
| PAUL A. KASTNER, Warden, | ) | | |
| | ) | | |
| Respondent. | ) | | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on July 30, 2009. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed.

IT IS SO ORDERED this 25th day of August, 2009.

ROBIN J. CAUTHRON
United States District Judge